IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN S. O'DEA,<br><br>   Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br><br>   Defendant. | **4:22CV3165**<br><br>**ORDER** |

  The parties are engaged in informal settlement discussions. At their request,

  IT IS ORDERED:

1) With the exception of briefing deadlines on the pending motion to strike, (Filing No. 39), all unexpired deadlines in this case are stayed pending further order of the court.

2) The telephonic conference with the undersigned magistrate judge remains set to be held on **October 10, 2023** at **10:00 a.m.** During this call, the court will re-set the stayed case progression deadlines, and will set the trial and pretrial conference dates. Counsel shall use the conferencing information assigned to this case to participate in the call.

3) This call will be cancelled and a deadline will be set for filing dismissal documents if, prior to the call, the parties advise my chambers by telephone ((402) 437-1670) or by email (zwart@ned.uscourts.gov) that the parties have settled this case.

August 15, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge