IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN S. O'DEA,<br><br>          Plaintiff,<br><br>    vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br><br>          Defendant. | **4:22CV3165**<br><br>**ORDER** |

    Defendant has moved to strike some of the opinions of Plaintiff's expert, arguing the expert is adding unforeseen and unforeseeable allegations of negligence to this lawsuit. Plaintiff's complaint was filed over a year ago, his accident occurred over four years ago, and the parties are still grappling over the specific allegations of negligence to be litigated.

    Pursuant to Rule 1 of the Federal Rules of Civil Procedure, the rules of civil procedure must be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

    To that end,

    IT IS ORDERED that on or before September 13, 2023, Defendant shall file a copy of the Plaintiff's responses to Defendant's interrogatories.

    Dated this 11th day of September, 2023.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge