IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN S. O'DEA, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant. | 4:22-CV-3165 <br><br> ORDER |

The parties in this case have resolved their claims. Accordingly,

IT IS ORDERED:

1. On or before February 12, 2024, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of February 12, 2024.

4. The plaintiff's pending objection (filing 47) is denied as moot.

Dated this 11th day of January, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge